```
K. Kasey Corbit      SBN 237931
Abbey Wilkins        SBN 355728
SEREN LEGAL
495 Miller Avenue, Suite 304
Mill Valley, CA 94941
Telephone: (415) 407-1872
E: kasey@seren.legal
E: abbey@seren.legal
Attorney for Plaintiff LITTLE SEEDS CHILDREN'S CENTER, INC., ET AL.
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITTLE SEEDS CHILDREN'S CENTER, INC., HOSSEIN KAMRANI, and MAHVASH KAMRANI,<br><br>Plaintiffs,<br><br>v.<br><br>CITIBANK, N.A.; DOES 1-50,<br><br>Defendants. | CASE NO.: 4-25-CV-01517<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS TO OPPOSE CITIBANK, N.A.'S MOTION TO DISMISS AND FOR EXTENSION OF TIME FOR CITIBANK TO REPLY TO PLAINTIFFS' OPPOSITION**<br><br>[L.R. 6-1(a); 7-3(a); 7-3(c)] |

Plaintiffs LITTLE SEEDS CHILDREN'S CENTER, INC., HOSSEIN KAMRANI, and MAHVASH "MARY" KAMRANI (collectively, "Plaintiffs") and Defendant CITIBANK, N.A. ("Citibank," and together with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on January 10, 2025, Plaintiffs filed the Complaint against Citibank in the Superior Court of the State of California for the County of Alameda, Case No 25CV106412;

WHEREAS, Citibank was served with the Summons and Complaint on January 15, 2025;

WHEREAS, prior to answering or otherwise responding to the Complaint, Citibank removed this action to this Court on February 13, 2025;

- 1 -
JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS TO OPPOSE CITIBANK, N.A.'S MOTION TO DISMISS AND FOR EXTENSION OF TIME FOR CITIBANK TO REPLY TO PLAINTIFFS' OPPOSITION

1  WHEREAS, the deadline for Citibank to answer or otherwise respond to the Complaint was
2  February 20, 2025;

3  WHEREAS, because Citibank required additional time to conduct a preliminary
4  investigation of the allegations in Complaint and to respond to the Complaint, the Parties agreed to
5  extend the date by which Citibank was required to answer or otherwise respond;

6  WHEREAS, Citibank filed and served its Motion to Dismiss Complaint on Plaintiff on
7  March 7, 2025;

8  WHEREAS, a hearing on Citibank's Motion to Dismiss Complaint is currently scheduled
9  for May 1, 2025;

10  WHEREAS, Plaintiff requires additional time to substantively respond to, defend, and
11  oppose Citibank's causes for dismissal of the Complaint;

12  WHEREAS, pursuant to Local Rules 6-1(a) and 7-3(a), the Parties, through their respective
13  counsel of record, have agreed to extend Plaintiff's deadline to oppose Citibank's motion to dismiss
14  by seven (7) days, to and including March 28, 2025;

15  WHEREAS, pursuant to Local Rules 6-1(a) and 7-3(c), the Parties, through their respective
16  counsel of record, have agreed to extend Citibank's deadline to reply to Plaintiff's opposition to the
17  motion to dismiss by seven (7) days, to and including April 11, 2025;

18  WHEREAS, this Stipulation is submitted in good faith and not for purposes of delay; and

19  WHEREAS, pursuant to Local Rule 6-1(a), this Stipulation will not alter the date of any
20  event or deadline already fixed by Court order;

21  NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs and
22  Citibank, through their respective counsel of record, that Plaintiffs shall have a seven (7) day
23  extension of time, to and including March 28, 2025, to file their opposition to Citibank's Motion to
24  Dismiss, and Defendant shall have a seven (7) day extension of time, to and including April 11,
25  2025, to file its reply to Plaintiffs' Opposition to Citibank's Motion to Dismiss.
26  ///
27  ///
28

- 2 -
JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR
PLAINTIFFS TO OPPOSE CITIBANK, N.A.'S MOTION TO DISMISS AND FOR EXTENSION
OF TIME FOR CITIBANK TO REPLY TO PLAINTIFFS' OPPOSITION

SEREN LEGAL

1  Respectfully Submitted:

2

3  Dated: March 20, 2025        **SEREN LEGAL**

4

5                                By: /s/ *Abbey Wilkins*
6                                    K. KASEY CORBIT
                                     ABBEY WILKINS
7                                    Attorneys for Plaintiffs,
                                     LITTLE SEEDS CHILDREN'S CENTER, INC.,
8                                    HOSSEIN KAMRANI, and
                                     MAHVASH KAMRANI
9

10

11
    Dated: March 20, 2025        **STEPTOE LLP**
12

13

14                               By: /s/ *David W. Moon*
                                     JULIA B. STRICKLAND
15                                   DAVID W. MOON
                                     ALICE KWAK
16                                   Attorneys for Defendant,
                                     CITIBANK, N.A.
17

- 3 -

JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS TO OPPOSE CITIBANK, N.A.'S MOTION TO DISMISS AND FOR EXTENSION OF TIME FOR CITIBANK TO REPLY TO PLAINTIFFS' OPPOSITION

[~~PROPOSED~~] ORDER

Pursuant to this Stipulation, it is **ORDERED** that:

This Court GRANTS the Parties' request and AMENDS the deadline for Plaintiffs to file their Opposition to Citibank's Motion to Dismiss from March 21, 2025 to March 28, 2025;

This Court GRANTS the Parties' request and AMENDS the deadline for Defendant to file its Reply to Plaintiffs' Opposition to Citibank's Motion to Dismiss to April 11, 2025.

Dated: March 21, 2025

By: *Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge

SEREN LEGAL