UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITTLE SEEDS CHILDREN'S CENTER, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITIBANK, N.A.,<br><br>Defendant. | Case No. 25-cv-01517-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on December 9, 2025. Having considered the parties' proposals, *see* Dkt. No. 29, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | February 6, 2026 |
| Close of Fact Discovery | May 8, 2026 |
| Exchange of Opening Expert Reports | May 22, 2026 |
| Exchange of Rebuttal Expert Reports | June 5, 2026 |
| Close of Expert Discovery | June 22, 2026 |
| Dispositive Motion Hearing Deadline | August 6, 2026, at 2:00 p.m. |
| Pretrial Conference | November 3, 2026, at 3:00 p.m. |
| Jury Trial (6 days) | November 16, 2026, at 8:30 a.m. |

//

//

//

//

1   These dates may only be altered by order of the Court and only upon a showing of good
2   cause. The parties are directed to review and comply with this Court's standing orders.
3   **IT IS SO ORDERED.**
4   Dated: 12/17/2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge