## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Little Seeds Children's Center, et al.<br><br>　　　　　　　　　Plaintiff(s)<br>v.<br>Citibank, N.A.<br><br>　　　　　　　　　Defendant(s) | CASE No C 4-25-cv-01517-HSG<br><br>STIPULATION AND ORDER<br>SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☒ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)
- ☐ **Private ADR** (*specify process and provider*)

The parties agree to hold the ADR session by:

- ☒ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*
- ☐ other requested deadline:

Date: December 16, 2025　　　　　/s/ K. Kasey Corbit
　　　　　　　　　　　　　　　　Attorney for Plaintiff
Date: December 16, 2025　　　　　/s/ David W. Moon
　　　　　　　　　　　　　　　　Attorney for Defendant

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: 12/18/2025

　　　　　　　　　　　Haywood S. Gilliam Jr.
　　　　　　　　　　　U.S. DISTRICT JUDGE

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 1-15-2019*