K. Kasey Corbit        SBN  237931
Abbey Wilkins          SBN  355728
SEREN LEGAL
495 Miller Avenue, Suite 304
Mill Valley, CA 94941
Telephone: (415) 407-1872
E: kasey@seren.legal
E: abbey@seren.legal
Attorney for Plaintiff LITTLE SEEDS CHILDREN'S CENTER, INC., ET AL.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LITTLE SEEDS CHILDREN'S CENTER, INC., HOSSEIN KAMRANI, and MAHVASH KAMRANI,<br><br>        Plaintiffs,<br>v.<br><br>CITIBANK, N.A.; DOES 1-50,<br><br>        Defendants. | CASE NO.:  4-25-CV-01517<br><br>**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS TO OPPOSE CITIBANK, N.A.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT AND FOR EXTENSION OF TIME FOR CITIBANK TO REPLY TO PLAINTIFFS' OPPOSITION; ORDER**<br><br>[L.R. 6-1(a); 7-3(a); 7-3(c)]<br><br><br>Current Response Deadline:   January 29, 2026<br>New Response Deadline:       February 5, 2026 |

Plaintiffs, LITTLE SEEDS CHILDREN'S CENTER, INC., HOSSEIN KAMRANI, and MAHVASH "MARY" KAMRANI (collectively, "Plaintiffs") and Defendant CITIBANK, N.A. ("Citibank," and together with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, On December 1, 2025, Plaintiffs filed the operative First Amended Complaint ("FAC") in this matter against Citibank;

WHEREAS, the deadline for Citibank to answer or otherwise respond to the FAC initially

- 1 -

STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS TO OPPOSE CITIBANK, N.A.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT AND FOR EXTENSION OF TIME FOR CITIBANK TO REPLY TO PLAINTIFFS' OPPOSITION

SEREN LEGAL

was December 15, 2025;

WHEREAS, on December 11, 2025, the Parties, through their respective counsel of record, stipulated to extend the deadline for Citibank to respond to the FAC by twenty-one (21) days, to and including January 5, 2026;

WHEREAS, Citibank required additional time to respond to the FAC to accommodate schedules during the 2025 holidays;

WHEREAS, on December 23, 2025, the Parties, through their respective counsel of record, stipulated to extend the deadline for Citibank to respond to the FAC by ten (10) days, to and including January 15, 2026;

WHEREAS, on January 15, 2026, Citibank responded to the FAC by serving on Plaintiffs its Motion to Dismiss causes of action one (1), four (4), and five (5) of Plaintiffs' FAC;

WHEREAS, the deadline for Plaintiffs to oppose or otherwise respond to Citibank's Motion to Dismiss the FAC is currently scheduled for January 29, 2026;

WHEREAS, Plaintiffs require additional time to respond to Citibank's Motion to Dismiss the FAC to accommodate Plaintiffs' counsel's previously existing scheduling commitments;

WHEREAS, pursuant to Local Rules 6-1(a) and 7-3(c), the Parties, through their respective counsel of record, have agreed to extend the deadline for Plaintiffs to respond to Citibank's Motion to Dismiss the FAC by seven (7) days, to and including February 5, 2026;

WHEREAS, pursuant to Local Rules 6-1(a) and 7-3(c), the Parties, through their respective counsel of record, have agreed to extend Citibank's current February 5, 2026 deadline to reply to Plaintiffs' opposition to the Motion to Dismiss the FAC by seven (7) days, to and including February 19, 2026;

WHEREAS, this stipulation is submitted in good faith and not for the purposes of delay; and

WHEREAS, pursuant to Local Rule 6-1(a) this Stipulation will not alter the date of any event or any deadline already fixed by Court order;

STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS TO OPPOSE CITIBANK, N.A.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT AND FOR EXTENSION OF TIME FOR CITIBANK TO REPLY TO PLAINTIFFS' OPPOSITION

SEREN LEGAL

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs and Citibank, through their respective counsel of record, that Plaintiffs shall have a seven (7) day extension of time, to and including February 5, 2026, to file its opposition to Citibank's Motion to Dismiss the FAC; and Citibank shall have a seven (7) day extension of time, to and including February 19, 2026, to file any reply.

Dated: January 28, 2026          **SEREN LEGAL**

By: /s/ *Abbey Wilkins*
    K. KASEY CORBIT
    ABBEY WILKINS
    Attorneys for Plaintiffs,
    LITTLE SEEDS CHILDREN'S CENTER, INC.,
    HOSSEIN KAMRANI, and
    MAHVASH KAMRANI

Dated: January 29, 2026          **STEPTOE LLP**

By: /s/ David W. Moon
    JULIA B. STRICKLAND
    DAVID W. MOON
    CHAITRA G. BETAGERI
    Attorneys for Defendant,
    CITIBANK, N.A.

STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS TO OPPOSE CITIBANK, N.A.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT AND FOR EXTENSION OF TIME FOR CITIBANK TO REPLY TO PLAINTIFFS' OPPOSITION

**ORDER**

Pursuant to the stipulation by and between Plaintiffs, LITTLE SEEDS CHILDREN'S CENTER, INC., HOSSEIN KAMRANI, and MAHVASH KAMRANI ("Plaintiffs"), and Defendant, CITIBANK, N.A. ("Defendant"), by and through their respective counsel, and good cause appearing therefore:

1. Plaintiffs shall have a seven (7) day extension of time, to and including February 5, 2026, to file its opposition to Defendant's Motion to Dismiss the First Amended Complaint; and

2. Defendant shall have a seven (7) day extension of time, to and including February 19, 2026, to file any reply.

IT IS SO ORDERED.

Dated:  2/2/2026

_Haywood S. Gilliam Jr._
Hon. Haywood S. Gilliam, Jr.
United States District Judge

SEREN LEGAL

STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS TO OPPOSE CITIBANK, N.A.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT AND FOR EXTENSION OF TIME FOR CITIBANK TO REPLY TO PLAINTIFFS' OPPOSITION