K. Kasey Corbit SBN 237931
**SEREN LEGAL**
495 Miller Avenue, Suite 304
Mill Valley, CA 94941
Telephone: (415) 407-1872
E: kasey@seren.legal
Attorney for Plaintiffs LITTLE SEEDS CHILDREN'S CENTER, INC., HOSSEIN KAMRANI, and MAHVASH KAMRANI

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

LITTLE SEEDS CHILDREN'S CENTER, INC.; HOSSEIN KAMRANI; and MAHVASH KAMRANI,

Plaintiffs,

v.

CITIBANK, N.A.; and DOES 1 through 50, inclusive,

Defendants.

Case No. 4:25-cv-01517-HSG

**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii); ORDER**

Judge: Hon. Haywood S. Gilliam, Jr.
Courtroom: 2, 4th Floor – Oakland

Complaint Filed: January 10, 2025

**TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiffs Little Seeds Children's Center, Inc., Hossein Kamrani, and Mahvash Kamrani (collectively, "Plaintiffs") and Defendant Citibank, N.A. ("Citibank"), (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, the Parties participated in an Early Neutral Evaluation session before court-appointed evaluator Jeffrey M. Faucette on March 4, 2026, at which they reached an agreement in principle to resolve this action in its entirety;

///



SEREN LEGAL

**WHEREAS**, the Parties have since executed a written settlement agreement fully and finally resolving all claims asserted in this action, and all conditions precedent to dismissal set forth in that agreement have been satisfied;

**WHEREAS**, on August 11, 2026, the Court set a deadline of August 21, 2026 for the Parties to e-file a stipulated dismissal (Dkt. 61)

**NOW, THEREFORE**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and in compliance with the Court's August 11, 2026 order, the Parties hereby stipulate and agree that:

1. This action, including the First Amended Complaint and each and every claim for relief asserted therein, is hereby **DISMISSED WITH PREJUDICE** as to Defendant Citibank, N.A.

2. Defendants Does 1 through 50, who have not been identified, served with process, or appeared in this action, are hereby **DISMISSED WITH PREJUDICE**.

3. Each party shall bear its own costs, expenses, and attorneys' fees incurred in connection with this action.

4. Because all parties who have appeared in this action have signed this stipulation, it is effective upon filing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and no order of the Court is required. The Parties nonetheless respectfully submit the proposed order below, pursuant to Civil L.R. 7-12, so that the Court may direct the Clerk to close the file.

**IT IS SO STIPULATED.**

[Signatures follow on next page]

///

///

Dated: August 21, 2026 **SEREN LEGAL**

By: __/s/ K. Kasey Corbit_________
Kasey Corbit, Esq., C.F.E.
Attorney for Plaintiffs LITTLE SEEDS CHILDREN'S CENTER, INC., HOSSEIN KAMRANI, and MAHVASH KAMRANI

Dated: August 21, 2026 **STEPTOE LLP**

By: __/s/ David W. Moon_________
Julia B. Strickland
David W. Moon
Chaitra Betageri
Attorneys for Defendant CITIBANK, N.A.

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I, Kasey Corbit, am the ECF user whose credentials were used to file this document. Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the other signatories listed above, and on whose behalf this filing is submitted, has concurred in the filing of this document and in its content.

Dated: August 20, 2026

By: __/s/ K. Kasey Corbit_______
Kasey Corbit, Esq., C.F.E.

SEREN LEGAL

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The entire case is dismissed with prejudice and the Clerk is directed to close the file.

Dated: 8/24/2026

Haywood S. Gilliam, Jr.

**HON. HAYWOOD S. GILLIAM, JR.**
United States District Judge

SEREN LEGAL